**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Daniel McNeal,  Civil No. 07-2494  JNE/AJB

      Plaintiff,

v.  **ORDER ON MOTION FOR SUMMARY JUDGMENT**

Sherburne County, et al.,

      Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 30, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendants' Motion for Summary Judgment [Docket No. 35] is **granted** and that plaintiff Daniel McNeal's amended complaint is **dismissed** with prejudice.

Dated:  May 27, 2008

                                          s/  Joan N. Ericksen
                                          Joan N. Ericksen
                                          United States District Court Judge